BEAN, *Adm'r*, v. CHRISTIAN CHURCH & a.

The trustees, deacons, church-wardens, or other similar officers of an unincorporated church, if citizens of the United States, are a corporation for the purpose of taking and holding in succession all real and personal estate given to their church

BILL IN EQUITY, by the administrator of Sarah Sleeper, for instructions as to the construction of her will, the second item of which is, "I give, bequeath, and devise to the Christian Church of South Danbury, of which I am a member, and the only church there, all the rest, residue, and remainder of my estate, real and personal, wherever situated, to have and to hold forever for a perpetual fund, the use of which shall be annually applied for the support of preaching in said place, under the direction of said church."

*Shirley & Carr*, for the plaintiff.

*W. T. Norris*, for the defendants.

DOE, C. J. The trustees, deacons, church-wardens, or other similar officers of the unincorporated Christian Church of South Danbury, of which the testatrix was a member, being citizens of the United States, are a corporation for the purpose of taking and holding in succession the real and personal estate given to their church. Mass. Anc. Charters 605; G. L., *c.* 153, *s.* 6; *Holt* v. *Downs*, 58 N. H. 170. There being no debts, the residue of realty vested in the official corporation at the death of the testatrix. *Lucy* v. *Lucy*, 55 N. H. 9. The administrator will deliver to them the residue of personalty, and will require no security for the performance of their fiduciary duty.

*Case discharged.*

STANLEY, J., did not sit: the others concurred.